UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **KAREN HAMILTON,** | ) |
| Plaintiff, | ) ) ) |
|  | )   Civil Action No. 05-1945 (ESH) |
| **UNITED STATES OF AMERICA DEPARTMENT OF THE ARMY,** *et al.*, | ) ) ) |
| **Defendants.** | ) ) |

**ORDER**

Given the fact that plaintiff has failed to file proof of service in the above-captioned case as ordered by the Court on January 17, 2006, it is hereby

**ORDERED** that the above-captioned case is **DENIED WITHOUT PREJUDICE** pursuant to LCvR 41(b).

**SO ORDERED.**

                                                        s/
                                    **ELLEN SEGAL HUVELLE**
                                    **United States District Judge**

Date:   February 9, 2006