IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **KAREN HAMILTON**<br>*Plaintiff* | )<br>)<br>)<br>) |
| -v- | )  Case No.  1:05CV01945 |
| **UNITED STATES OF AMERICA**<br>**DEPARTMENT OF THE ARMY, et al**<br>*Defendants* | )<br>)<br>)<br>)<br>) |

## MOTION TO STRIKE DISMISSAL

COMES NOW Plaintiff, Karen Hamilton, by counsel, and moves this court to strike the order of dismissal entered in this case.  The grounds for this motion follow:

1. Dennis M. Ettlin, counsel for plaintiff, filed this action under the sponsorship of an attorney admitted to practice in this Court.

2. After filing a request for admission, Dennis M. Ettlin was admitted to practice before this Court on November 7, 2005.

3. Through miscommunication, Dennis M. Ettlin did not notify this Court to identify him as lead counsel for this case. As a result, Dennis M. Ettlin was never notified that a show cause hearing had been set for January 17, 2006, because the defendants had not been served with notice of this suit.

4.     On February 14, 2006, Dennis M. Ettlin received a telephone call from Phillip McNutt, Esquire, during which counsel first learned of the show cause hearing and the dismissal that followed.

5.     Although the court properly advised Phillip McNutt of the show cause hearing, that information did not reach Dennis M. Ettlin before February 14, 2006.

6.     This case concerns a claim under the Federal Tort Claims Act. A dismissal, even without prejudice, will, in fact, prejudice the plaintiff because of a statutory limitations issue.

7.     Plaintiff intends to pursue this matter and to serve all defendants within forty-five (45) days.

WHEREFORE the plaintiff moves this court to strike the dismissal and to allow plaintiff forty-five (45) days to effect service of process on the defendants in this case.

BROWN AND STURM

By:__/s/_____
Dennis M. Ettlin, US Dist Ct #413380
260 East Jefferson Street
Rockville, Maryland 20850
(301) 762-2555