IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **KAREN HAMILTON** )<br>)<br>*Plaintiff* )<br>) |  |
| -v- ) | Case No. 1:05CV01945 |
| )<br>**UNITED STATES OF AMERICA** )<br>**DEPARTMENT OF THE ARMY, et al** )<br>*Defendants* )<br>) |  |

### AFFIDAVIT

I, Dennis M. Ettlin, under penalty of perjury, do hereby declare and affirm that the information contained in the concurrently-filed Motion to Strike Dismissal is true and accurate to the best of my knowledge, information, and belief.

\_\_\_/s/_____
Dennis M. Ettlin