## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|                                          |   |                        |
|------------------------------------------|---|------------------------|
|                                          | ) |                        |
| **KAREN HAMILTON**                       | ) |                        |
|                   *Plaintiff*            | ) |                        |
|                                          | ) |                        |
| **-v-**                                  | ) | **Case No. 1:05CV01945** |
|                                          | ) |                        |
| **UNITED STATES OF AMERICA**             | ) |                        |
| **DEPARTMENT OF THE ARMY, et al**        | ) |                        |
|                   *Defendants*           | ) |                        |
|                                          | ) |                        |

### NOTICE TO SUBSTITUTE ATTORNEY OF RECORD

Please substitute Dennis M. Ettlin and Brown & Sturm and

counsel of record for the Plaintiff in the above-captioned case.

BROWN AND STURM


By:___/s/_____
Dennis M. Ettlin, US Dist Ct #413380
260 East Jefferson Street
Rockville, Maryland 20850
(301) 762-2555