UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **KAREN HAMILTON,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| | ) | Civil Action No. 05-1945 (ESH) |
| | ) | |
| **UNITED STATES OF AMERICA** | ) | |
| **DEPARTMENT OF THE ARMY,** *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

### ORDER

Plaintiff filed her complaint on October 3, 2005. By Order dated January 17, 2006, the Court required the plaintiff to file proof of service or to provide an explanation for why service had not been completed on or before February 7, 2006. When plaintiff failed to respond to this Order, the case was dismissed without prejudice on February 9, 2006.

Thereafter, new counsel moved on February 17, 2006, to strike the dismissal, claiming that there had been a miscommunication between counsel and promising to "serve all defendants within forty-five (45) days." On March 1, 2006, the Court granted the motion, reinstated the case and required plaintiff to file proof of service on all defendants on or before April 15, 2006, and warned the plaintiff that in the event that proof of service was not filed, the case would again be dismissed. Although this Order was sent to both counsel of record, no proof of service has been filed. Since plaintiff has not complied with the Court's orders on two occasions despite fair warning and there being no showing of good cause for counsels' recalcitrant conduct, the Court dismisses this case with prejudice.

                                                        s/
                                  ELLEN SEGAL HUVELLE
                                  United States District Judge

Date:   April 20, 2006